```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

**PATRICK THOMAS JUDGE,**          *
                                   *
    **Plaintiff,**                *
                                   *
vs.                                *    CIVIL ACTION 10-00071-B
                                   *
**MICHAEL J. ASTRUE,**             *
**Commissioner of Social Security,** *
                                   *
    **Defendant.**                *

## JUDGMENT

In accordance with the Order entered on September 28, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **30th** day of **September**, **2011.**

                                    **/s/ SONJA F. BIVINS**
                            **UNITED STATES MAGISTRATE JUDGE**